UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE BLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:05CV747 RWS |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for a Temporary Restraining Order [#6]. Plaintiff sought to restrain Defendant from conducting a foreclosure sale of her home, which was scheduled for June 9, 2005. Counsel for Defendant, Charles Pullium, has represented to the Court that the sale has been cancelled. As a result, the motion for a temporary restraining order will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for a Temporary Restraining Order [#6] is **DENIED** without prejudice.

Dated this 31st Day of May, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE