UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE BLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:05CV747 RWS |
| AMERIQUEST MORTGAGE COMPANY, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff's Motion for Preliminary Injunction [#8]. The motion is moot and will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction [#8] is **DENIED** without prejudice.

Dated this 14th Day of September, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE