IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE BLAND ) | *So Ordered* |
| ) | |
| Plaintiff ) | *[signature] R.W. Sippel USDJ* |
| ) | *7/20/06* |
| v. ) | Case No. 4:05CV00747RWS |
| ) | |
| ) | |
| AMERIQUEST MORTGAGE COMPANY ) | |
| ) | |
| Defendant | |

## STIPULATION FOR DISMISSAL

It is hereby stipulated by and between Plaintiff Charlotte Bland and Defendant Ameriquest Mortgage Company that Plaintiff's First Amended Complaint may be and is hereby dismissed with prejudice with each party to bear its own court costs.

LEGAL SERVICES OF EASTERN
MISSOURI, INC.

/s/ Daniel E. Claggett
Daniel E. Claggett ED# 2821
4232 Forest Park Avenue
St. Louis, Missouri 63108
(314) 534-4200 (Telephone)
(314) 534-1028 (Facsimile)
E-mail: declaggett@lsem.org

ATTORNEYS FOR PLAINTIFF CHARLOTTE
BLAND

SPENCER FANE BRITT & BROWNE LLP


/s/ Thomas D. Veltz
1 N. Brentwood Blvd. Suite 1000
St. Louis, Missouri 63105
(314) 863 – 7733 (Telephone)
(314) 862 – 4656 (Facsimile)
E-mail: tveltz@spencerfane.com

ATTORNEYS FOR DEFENDANT
AMERIQUEST MORTGAGE COMPANY